IN THE UNITED STATES DISTRICT COURT FOR THE  **20TH**

DISTRICT OF TENNESSEE


PRISONER COMPLAINT {FOR INMATE ACTION] UNDER 42 U.S.C. §1983


**Darius Darrell Lee**

Name under which you were convicted

**408602**

Your TDOC Number

v.

**State of Tennessee**

Name of Defendant(s)

FILED

OCT 05 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

CIVIL ACTION NO. **1:23-mc-29**

(To be supplied by Clerk of Court)    **CLC/CHS**

_____

_____

_____

_____

Place of Confinement and Address


I.   **PREVIOUS LAWSUITS**

a. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action

Yes ( ) No (✓)

b. Have you filed other lawsuits in state or federal court relating to your imprisonment

Yes ( ) No (✓)

c. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline)

1. Parties to this previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

2. Court (if federal court, name the district, if state court, name the county) _____

_____

3. Docket Number _____

4. Were you granted the opportunity to proceed without payment of filing fees?

Yes ( ) No ( )

5. Name of judge to whom the case was assigned: _____

6. If your case in no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e. frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____

_____

_____

_____

7. Approximate date of filing lawsuit _____

8. Approximate date of ruling by court _____

## II. YOUR PRESENT COMPLAINT

a. Place or institution where action complained of occurred:

_State of Tennessee 20ᵀᴴ District Court_

b. Date it occurred: _5/27/2009_

c. Is there a prisoner grievance procedure in this institution? _____

d. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( ) No ( ✓ )

e. If your answer is YES

1. What steps did you take? _____

2. What was the result? _____

f. If your answer is NO, explain why not _____

_____

g. Your claim (briefly explain your claim: what, when, where, who, do not cite cases) On 5/27/2009, Judge Monte Watkins, sentenced me to a total of 22 years For case # 2007B1837, which the verdict For case#2007B1837 was a mistrial.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

III. PARTIES

A. Plaintiff (Your name/TDOC#) Darius Lee #408602

Your present address 1045 Horsehead Road. Pikeville, TN. 37367

B. Defendant(s)

1. Defendant (full name) _____ is employed as _____

at _____

His/her present address is _____

(a)  Claim against this defendant: _____

_____

_____

(b)  Supporting facts (include date/location of incident)

_____

_____

_____

2. Defendant (full name) _____ is employed as _____

at _____

His/her present address is _____

_____

(c)  Claim against this defendant: _____

_____

_____

(d)  Supporting facts (include date/location of incident)

_____

_____

_____

3. Defendant (full name) _____ is employed as _____

at _____

His/her present address is _____

_____

(e)  Claim against this defendant: _____

_____

_____

(f)  Supporting facts (include date/location of incident)

_____

_____

_____

C. Additional Defendants: (List on additional pages)

IV.  A. You must answer the following questions:

1. State the conviction(s) for which you are currently

incarcerated Case # 2007B1837 _____

_____

2. When were you convicted 5/27/2009 _____

3. What is the term of your sentence? 22 years _____

4. When did you start serving this sentence? 3/22/2007 ___

5. Do you have any other convictions which form the basis of

a future sentence?

Yes ( ✓ ) No ( )

If so, complete the following:

(a)  Date of conviction: 4/15/2010 _____

(b)  Term of sentence: 20 years _____

6. What is your expected end of sentence date? 3/22/2027

B. If this present lawsuit concerns your criminal conviction or

sentence, state whether your conviction has been:

|            | Conviction          | Sentence            |
|------------|---------------------|---------------------|
| Reversed   | Yes ( ) No (✓)      | Yes ( ) No (✓)      |
| Expunged   | Yes ( ) No (✓)      | Yes ( ) No (✓)      |
| Invalidated| Yes ( ) No (✓)      | Yes ( ) No (✓)      |
| Writ of    |                     |                     |
| Habeas Corpus |                  |                     |
| Granted    | Yes ( ) No (✓)      | Yes ( ) No (✓)      |

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your correction or sentence and the date: _____

_____

_____

V. State briefly exactly what you want the Court to do for you if you win:

Reverse my Convictions and expunge my record
_____

_____

VI. **AFFIRMATION**. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct:

_____        _Darius D. Lee_____

Date                                   Signature of Plaintiff under Penalty of

                                       Perjury

Darius Lee
_____

Current Mailing Address

1045 Horsehead Road
_____

Pikeville, TN. 37367
_____

_____

Telephone


**PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY**

**CHANGE IN HIS ADDRESS E.G RELEASED, TRANSFERRED, MOVED, ETC. FAILURE**

**TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF**

**THIS ACTION FOR FAILURE TO PROSECTURE AND TO OBEY THE COURT'S ORDER.**

Darius Lee #408602
1045 Horsehead Road
Pikeville, TN. 37367



CHATTANOOGA TN 373

3 OCT 2023

U.S. DIST. CT. E. DIV.
900 Georgia Ave.
Chattanooga, TN 37402

37402-223098